```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
           1/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ADAM JOHNSON,

    Plaintiff,

  -against-                                    17 Civ. 1928 (CM)

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

----------------------------------------x

## ORDER

McMahon, CJ:

    The court has today posted an interim order in the above-captioned case. The Government has been given a copy of this order, which seeks additional briefing from the parties on the issue of FOIA waiver. The Government has five business days to review this order and redact any classified information therefrom, so that the redacted order can be publicly posted on ECF.

Dated: January 19, 2018

                                          _____
                                             U.S.D.J.

BY ECF TO ALL COUNSEL