UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ADAM JOHNSON,

    Plaintiff,

-against-

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/18

17 Civ. 1928 (CM)

ORDER GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND DENYING PLAINTIFF'S
CROSS MOTION FOR SUMMARY JUDGMENT

McMahon, C.J.:

    The motion by the Defendant Central Intelligence Agency for summary judgment dismissing Plaintiff's complaint under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (1988), is GRANTED.

    The cross motion for summary judgment filed by Plaintiff is correspondingly DENIED.

    The court's opinion will be released to the Government sometime in the next ten business days for security screening, after which an appropriately redacted copy will be made available to Plaintiff and Amici and filed publicly. There should be very few redactions from this opinion; it is being written to avoid the use of classified information insofar as possible.

    The court will not enter final judgment until the opinion is publicly available; I will enter a final judgment at that time, from which Plaintiff can take an appeal.

    The Clerk is directed to remove the motions at Dockets # 16 and 21, from the Court's list of open motions.

    Docket #32 is erroneously docketed as a "Supplemental Motion," when it is in fact a "supplemental brief;" it is the Plaintiff's reply papers in support of its motion and in opposition to the Government's motion. Therefore, Docket #32 should be removed from the Court's list of open motions.

Finally, the court has already granted the consent motion by Amici to file a brief in this matter, so the motion at Docket #31 should be closed and removed from the Court's open motion list. There should be no open motions remaining in this matter.

Dated: March 29, 2018

                                                          Chief Judge

BY ECF TO ALL COUNSEL