USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 5/9/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ADAM JOHNSON,** : No. 17 Civ. 1928 (CM)

Plaintiff,

- against -

**CENTRAL INTELLIGENCE AGENCY,**

Defendant.

-----------------------------------------------------------------X

5/8/2018 OK

MEMO ENDORSED

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR COSTS AND ATTORNEY FEES**

Plaintiff Adam Johnson respectfully moves, pursuant to Federal Rule of Civil Procedure 54(d), for an extension of time to file a motion for costs and attorney fees (the "Motion") under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E)(ii). Plaintiff respectfully requests that the time to file the Motion, presently due May 10, 2018, be extended to June 25, 2018, the deadline for the Notice of Appeal.

We make this request to permit the parties, which have been in productive communication concerning the resolution of Plaintiff's fees claim, to continue to dialogue. Defendant's counsel has advised Plaintiff that the CIA has no objection to the granting of this Motion.

**Dated: May 7, 2018**

By: *Dan Novack*
Daniel Novack
Law Office of Daniel R. Novack
4 New York Plaza 2nd Floor, New York, NY 10004
dan@novackmedialaw.com
*Attorney for Plaintiff*

1